United States District Court
Southern District of Georgia

Frank B. Vurgess, Jr
   Plaintiff

Vs.                                              Case no.: 4:20-298

Officer J. Best,
   Defendant

Plaintiff First request for Production of documents

Pursuant to rule 34 of the federal rules of civil procedure, Plaintiff request that defendants sheriff John T. Welcher, Commander T. Freeseman, Capt. W Blanton, Lt. B. Cason, Lt. A. Jones, Nurse Jones and correct Health Procedure Produce for inspection and copying the following documents:

1. The complete Detention Center record of Plaintiff.
2. All written statements, originals or copies, identifiable as reports about the incident on Aug 28, 2020 made by "CCDC" employees and witnesses.
3. Any and all medical records of plaintiff from the time of his incarceration in chatham county detention center through and including the time of your response and this request.
4. Any and all rules, regulation, policies and procedures of the chatham county detention center about handling the issue in this matter and treatment of pretrial detainees medical care.

9th 12 2022      Frank B. Vurgess, Jr

Mr. Frank B. Jurgess, Jr
1714 earl Griffin Dr.
Savannah, GA. 31405



JACKSONVILLE FL 320
13 SEP 2022 PM 3 L

GEORGIA SOUTHERN
P.O. Box 8086
Savannah, GA. 31412



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

Chatham County Sheriff's Complex
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.