UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK B. VURGESS, JR.,          )
                                )
        Plaintiff,              )
                                )
v.                              )          CV420-298
                                )
OFFICER J. BEST,                )
                                )
        Defendant.              )

## ORDER

The Court directed *pro se* plaintiff Frank B. Vurgess, Jr. to show cause why his case should not be dismissed for his failure to prosecute after he failed to respond to Defendant's Motion for Summary Judgment. *See* doc. 29. The Court also noted that it appeared that Vurgess had failed to keep the Court apprised of his current address, in violation of the Local Rules. *Id.* at 2. The deadline for him to respond to the Order has passed without any response. *See generally* docket. Moreover, the Order has been returned by the United States Post Office as

undeliverable.  *See* doc. 30.  He has, therefore, failed to comply with the Court's Order and its Local Rules, and has failed to prosecute this case.

A district court retains the inherent power to police its docket and to enforce its orders.  *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006).  Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court.  Fed. R. Civ. P. 41(b).  Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness."  S.D. Ga. L.R. 41.1(b), (c).  Vurgess's failure to comply with the Court's orders, failure to comply with the Local Rules, and general failure to prosecute this case warrant dismissal.

Accordingly, Vurgess' Complaint is **DISMISSED** for failing to obey a court order, the Local Rules, and to prosecute his case.  Doc. 1.

Defendant's Motion for Summary Judgment is **DISMISSED as moot**.

Doc. 23.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

 **SO ORDERED,** this 28th day of March, 2023.


     _____
     CHRISTOPHER L. RAY
     UNITED STATES MAGISTRATE JUDGE
     SOUTHERN DISTRICT OF GEORGIA